# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2017

## NO.  03-16-00731-CR

**Jose Manuel Marin, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal.  However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to reflect that the jury found the first enhancement paragraph to be "TRUE" and that appellant pled "NOT TRUE" to the second habitual enhancement paragraph.  The judgment of conviction, as modified, is affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.